January 31, 2023.

Honorable Judge Richard E. Myers II.

United States Courthouse

1003 South 17th Street

Wilmington, NC 28401

Dear Judge Myers:

I am Hannah Skeen, Amber's sister. I am four years older than Amber. Before her accident Amber was always positive and looked on the bright side of things. After her wreck she had to start all over teaching herself how to walk, how to feed herself, and how to live again. Most people don't have to do that once in a lifetime, she had to do it twice.

I have always known Amber to have a great sense of humor. I remember one year it was Halloween and we went to a haunted trail. She was all excited to do the trial until this clown comes out with a chainsaw. She just took off run running. It was the fastest I had ever seen her run in her entire life. We were all giving her a hard time about her running away, but she took it in stride saying, "you could call me grease lightning because I'm just so fast." She's always had the ability to make fun of herself in a way that makes everybody laugh.

Currently, she watches my daughter a few times a week for me while I am at work. She provides reliable care for her doing artwork, schoolwork or cooking something together. She is the type that will sit on the floor and get on my daughter's level to engage her with an art project. Amber is a loving person with good attributes.

Sadly she never really had too many friends growing up. She finally met people that actually wanted to get to know her and hang out with her. Unfortunately, she didn't recognize the type of people they were. She's very naive, I'm not surprised that they took advantage of her and cheated her out of most of her settlement money. Judge Myers I would ask that you please be as lenient as possible when punishing my sister for her wrongdoings. I don't think she really understood the level of trouble she was getting into when hanging out with Christopher Baker.

Sincerely,

Hannah Skeen

Hannah Skeen