January 31, 2023.

Honorable Judge Richard E. Myers II.

United States Courthouse

1003 South 17th Street

Wilmington, NC 28401

Dear Judge Myers:

      I am Joseph Cross, Amber's father. I've known Amber Cross since the day she was born, May 27th, 1991. I've watched Amber and her siblings grow up from children to adults. Amber's mother and I raised a very sweet young lady, with wonderful manners, respectful to others, and with a good heart. She has always stayed to herself and never liked crowds. She's a homebody: she gets that from her mother. She would rather plant a garden and clean the house than go out to the movies. Amber changed after her four wheeler accident. She was in a coma for five months and paralyzed from the waist down for 8 1/2 months. She was 17 years old at the time of the accident. After the accident, we had to teach her everything all over again. She had to relearn how to walk, care for herself, cook a meal, basically all the things we take for granted. Amber has only lived at home with her mother and myself. When her mother passed away in 2016, Amber hardly ever left the house. She didn't have or want any friends. She had music and a coloring book those were her two joys.

      Amber is truly an amazing young woman. Amber looks after me, cooks for me every night, does the laundry, does the mopping and sweeping, and handles the household maintenance of our home. I have a lung condition that makes it hard for me to breath. About 3 to 5 minutes is as long as I can go before I need to sit down. If Amber were to be taken away, I would have a difficult time caring for myself. Also, it would be difficult for me to cope knowing my baby girl was locked up. I can tell you she has really learned from this mistake. She got mixed up with some horrible people. I understand what she did was wrong, but my daughter was taken advantage of and used to some degree by these people. I just pray that you consider these things when coming up with a punishment for her. Please be merciful when punishing her. Thank you for your time in reading this letter.

Sincerely,

*Joseph Cross*

Joseph Cross